**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**


Carol J. Timmerman,

   Plaintiff,        Civil No. 08-2112 (RHK/JJK)

vs.            **DISQUALIFICATION AND**
             **ORDER FOR REASSIGNMENT**

Wyeth, Inc., Wyeth Pharmaceuticals,
Inc., Pfizer, Inc., Pharmacia & Upjohn
Company, LLC,

   Defendants.


   The above-entitled matter has been assigned to the undersigned, a Judge of

the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned

recuses himself from hearing this matter.  Accordingly,

   **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of

Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted

to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card

in the Master Deck for the undersigned.

   **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in

the above-captioned case.

Dated:  June 16, 2008

           s/Richard H. Kyle
           RICHARD H. KYLE
           United States District Judge